IN RE STURM.

**[Cite as *In re Sturm*, 121 Ohio St.3d 268, 2009-Ohio-1060.]**

*Judgment of the court of appeals affirmed.*

(No. 2007-0229 — Submitted January 21, 2009 — Decided March 17, 2009.)

APPEAL from the Court of Appeals for Washington County,

No. 05CA35, 2006-Ohio-7101.

_____

**{¶ 1}** The judgment of the court of appeals is affirmed on the authority of *State v. D.H.*, 120 Ohio St.3d 540, 2009-Ohio-9, 901 N.E.2d 209.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Timothy Young, Ohio Public Defender, and Jill E. Beeler and Molly J. Bruns, Assistant State Public Defenders, for appellant, Bryan Christopher Sturm.

Katherine Hunt Federle and Jason A. Macke, urging reversal for amicus curiae, The Justice for Children Project.

_____